IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICKIE ADAMS f/k/a Vickie Douglas, | ) | CASE NO.: 8:14-CV-5 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANTS' PARTIAL** |
| v. | ) | **MOTION TO DISMISS** |
| | ) | |
| FIRST DATA RESOURCES, LLC, and | ) | |
| FIRST DATA CORPORATION, | ) | |
| | ) | |
| Defendants. | | |

Defendants, First Data Resources, LLC, and First Data Corporation (collectively "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss Plaintiff's first, second, third, and fourth causes of action in the Second Amended Complaint, filed by Plaintiff, Vickie Adams f/k/a Vickie Douglas ("Plaintiff") with prejudice for the reason that these causes of action fail to state a claim upon which relief can be granted as more fully explained in Defendants' Brief in Support of its Partial Motion to Dismiss, filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that this Court enter an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's first, second, third, and fourth causes of action.

Dated this 15th day of January 2014.

        FIRST DATA RESOURCES, LLC, and
        FIRST DATA CORPORATION,
        Defendants


           /s/ Ruth A. Horvatich
        A. Stevenson Bogue, #15509
        Ruth A. Horvatich, #24776
        McGrath North Mullin & Kratz, PC LLO
        First National Tower, Suite 3700
        1601 Dodge Street
        Omaha, NE  68102
        Phone: 402-341-3070
        Fax:  402-341-0216
        sbogue@mcgrathnorth.com
        rhorvatich@mcgrathnorth.com

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certified that on the 15th day of January 2014, the above and foregoing **Defendant's Partial Motion to Dismiss** was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

   Robert V. Broom
   BROOM, CLARKSON, LANPHIER,
    & YAMAMOTO
   1722 St. Mary's Avenue
   310 Flatiron Building
   Omaha, NE  68102


           /s/ Ruth A. Horvatich
        Ruth A. Horvatich