IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKIE ADAMS,<br><br>           Plaintiff,<br><br>vs.<br><br>FIRST DATA RESOURCES, LLC,  and FIRST DATA CORPORATION,<br><br>           Defendants. | CASE NO. 8:14CV5<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Stipulation to Dismiss Defendant First Data Resources, LLC from Action (Filing No. 25).  The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved.  Defendant First Data Resources, LLC will be dismissed from the above-captioned case.  Accordingly,

IT IS ORDERED:

1.   The parties' Joint Stipulation to Dismiss Defendant First Data Resources, LLC from Action (Filing No. 25) is approved;

2.   Defendant First Data Resources, LLC is dismissed from the above-captioned case; and

3.   The Clerk will revise the caption accordingly.

Dated this 1st day of July, 2014.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        Chief United States District Judge