# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICKIE ADAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST DATA CORPORATION,<br><br>    Defendant. | 8:14CV5<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 46). The Joint Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The Parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 46) is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 15th day of December, 2015

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge